```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

NANCY L. SIZEMORE                                          PLAINTIFF

    v.             Case No. 05-3030

BAXTER HEALTHCARE CORP. and
HARTFORD LIFE GROUP INSURANCE
Co.                                                       DEFENDANTS

## J U D G M E N T

On March 26, 2007, the Court issued a **Memorandum Opinion and Order (Doc. 19)**, finding that plaintiff was entitled to an award of disability benefits from the separate defendant Hartford Life Group Insurance Co.[1] The Court directed the parties to submit a written stipulation calculating the total award due plaintiff and stated that it would consider awarding a reasonable attorney's fee and costs to plaintiff, upon submission of a supported application for such, under 29 U.S.C. § 1132(g).

On April 5, 2007, the plaintiff filed **Plaintiff's Motion for Attorney's Fees and Expenses (Doc. 20)**. Further, on April 9, 2007 the parties filed a **Stipulation as to Past Unpaid Benefit and Monthly Rate of Future Benefits While Disabled (Doc. 21);** and, on April 19, 2007 the parties filed a **Stipulation as to Total of Fees and Costs Due to Plaintiff (Doc. 22).** Pursuant to the parties' stipulations, plaintiff is hereby awarded the following:

---

[1] Separate defendant Baxter Healthcare Corp. was dismissed from this action through the Court's March 26, 2007 Memorandum Opinion and Order.

1

  * $32,526.41 in unpaid past disability benefits; and

  * $8,841.41 in attorney fees and costs.

The total judgment of $41,367.82 shall bear interest at the rate of 4.93% from the date of entry of this order until paid in full. Further, future benefits shall continue to be paid to the plaintiff at the proper rate as long as the plaintiff remains disabled.

  IT IS SO ORDERED this 23rd day of April 2007.

           <u>/S/JIMM LARRY HENDREN</u>
           JIMM LARRY HENDREN
           UNITED STATES DISTRICT JUDGE